## DOUGLASS v. THE STATE.

(Decided May 21, 1914.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General for the State.

Per curiam. Appeal dismissed.

---

## FOSTER v. CAMPBELL.

(Decided June 11, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

REID & PRESTWOOD, for appellant. A. WHALEY, for appellee.

Per curiam. No errors assigned. Affirmed.

---

## GREEN v. BIRMINGHAM RAILWAY, LIGHT & POWER CO.

(Decided April 21, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

No counsel marked for appellant. TILLMAN, BRADLEY & MORROW, for appellee.

Per curiam. Appeal dismissed.

---

## HAUSER v. THE STATE.

(Two Cases)

(Decided April 16 and 21, 1914.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

No bill of exceptions and no error of record. Opinions by WALKER, P. J., and THOMAS, J.